AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

FILED
AUG 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Jon Daugherty

Plaintiff,

V.

West Shore Collections, Inc. and Philip Landsman

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: '08 CV 1503 LAB AJB

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South, Suite 301,
San Diego, CA 92108
Tel: 619.233.7770

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 1 5 2008

W. SAMUEL HAMRICK, JR.

CLERK                                                                           DATE

(By) DEPUTY CLERK



